**Order entered July 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00955-CV

### IN RE KENNETH BUHOLTZ, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51173-2010**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID LEWIS
        JUSTICE